# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JUNE MEDICAL SERVICES, LLC
D/B/A HOPE MEDICAL GROUP FOR
WOMEN KATHLEEN PITTMAN, AND
MEDICAL STUDENTS FOR CHOICE,
ON BEHALF OF ITSELF AND ITS
MEMBERS

VERSUS

JEFF LANDRY, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF LOUISIANA, AND COURTNEY
N. PHILLIPS, IN HER OFFICIAL
CAPACITY AS SECRETARY OF THE
LOUISIANA DEPARTMENT OF
HEALTH

NO. 2022 CW 0806

**JULY 29, 2022**

---

In Re:  Louisiana Attorney General Jeff Landry and Secretary Courtney N. Phillips of the Louisiana Department of Health, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 720988.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** The district court has granted a preliminary injunction "which may restrain the execution or enforcement" of enacted laws of the legislature of Louisiana, and any defendant or defendants or any person or persons affected thereby may suspensively appeal the judgment pursuant to La. R.S. 13:4431. Accordingly, the district court is ordered to grant relators' motion for suspensive appeal pursuant to La. R.S. 13:4431. See **Womack v. Louisiana Commission on Governmental Ethics**, 193 So.2d 777 (La. 1967); See also **Manuel v. State**, 95-2189 (La. 3/8/96), 692 So.2d 320.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT